**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**

**NO.: 4: 19-CR-0009-FL**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) |
| **HOMERO VALDEZ,** | ) |
| **Defendant.** | ) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**ORDER TO SEAL**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS CAUSE** is before the court on a Motion of the Defendant to seal ECF

Docket No. 186.

Defense counsel informs the Court that she has consulted with Assistant United

States Attorney Dena King regarding this motion. Counsel believes it would be in the

best interest of all parties for ECF Docket No. 186 to be filed under seal at this time.

**FOR GOOD CAUSE SHOWN** the Defendant's motion is ALLOWED.

SO ORDERED, this the 3rd day of December, 2019.

Honorable Louise W. Flanagan
United States District Court, EDNC